# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 11/13/2020 |
| Case: 1−20−42806−nhl | Form ID: 318DF7 | Total: 40 |

**Recipients of Notice of Electronic Filing:**
aty        Arvind Galabya        arvinesq@aol.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Triana Fermin        36 Longdale Street – Apt. 2        Staten Island, NY 10314
tr          David J. Doyaga        26 Court Street        Suite 1601        Brooklyn, NY 11242
aty         David J. Doyaga        26 Court Street        Suite 1601        Brooklyn, NY 11242
smg         NYS Department of Taxation & Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
smg         NYC Department of Finance        345 Adams Street        Office of Legal Affairs        Brooklyn, NY 11201−3719
smg         NYS Unemployment Insurance        Attn: Insolvency Unit        Bldg. #12, Room 256        Albany, NY 12240
smg         Office of the United States Trustee        Eastern District of NY (Brooklyn Office)        U.S. Federal Office Building        201 Varick Street, Suite 1006        New York, NY 10014
9876432     4 WTC        4 WTC, 150 Greenwich St, 24th Floor        New York, NY 10007
9865387     Amex        Correspondence/Bankruptcy        Po Box 981540        El Paso, TX 79998
9865388     Amex/Bankruptcy        Correspondence/Bankruptcy        Po Box 981540        El Paso, TX 79998
9865389     Barclays Bank Delaware        Attn: Bankruptcy        Po Box 8801        Wilmington, DE 19899
9865390     Capital One        Attn: Bankruptcy        Po Box 30285        Salt Lake City, UT 84130
9865391     Chase Auto Finance        Attn: Bankruptcy        Po Box 901076        Fort Worth, TX 76101
9865392     Chase Auto Finance        Attn: Bankruptcy        Po Box 901076        Fort Worth, TX 76101
9865393     Chase Card Services        Attn: Bankruptcy        Po Box 15298        Wilmington, DE 19850
9865394     Citicard        General Correspondence        Po Box 6500        Sioux Falls, SD 57117
9865395     Comenity Bank/Victoria Secret        Attn: Bankruptcy        Pob 182125        Columbus, OH 43218
9865396     Comenity Bank/Victoria Secret        Attn: Bankruptcy        Pob 182125        Columbus, OH 43218
9865397     Comenity/MPRC        Attn: Bankruptcy        Po Box 182125        Columbus, OH 43218
9865398     Credit Collection Services        Attn: Bankruptcy        725 Canton St        Norwood, MA 02062
9865399     Fingerhut        Attn: Bankruptcy        Po Box 1250        Saint Cloud, MN 56395
9865401     MTA Bridges and Tunnels        Randall's Island        New York, NY 10035−0035
9865400     Midland Fund        Attn: Bankruptcy        350 Camino De La Reine        Suite 100        San Diego, CA 92108
9865403     New Jersey Turnpike Autho        PO BOX 5042        Woodbridge, NJ 07095−5042
9865402     New Jersey Turnpike Autho        PO Box 4971        Trenton, NJ 08650
9865404     Port Authoirt NY&NJ        4 World Tarde Center        150 Greenwich St – 22 FL        New York, NY 10007
9865405     Port Authority of NY & NJ        PO Box 15186        Albany, NY 12212−5186
9865406     Resurgent Capital Services        Attn: Bankruptcy        Pob 10497        Greenville, SC 29603
9865407     Syncb/PPC        Attn: Bankruptcy        Po Box 965060        Orlando, FL 32896
9865408     Syncb/Toys R Us        Attn: Bankruptcy        Po Box 965060        Orlando, FL 32896
9865409     Synchrony Bank/ Old Navy        Attn: Bankruptcy        Po Box 965060        Orlando, FL 32896
9865410     Synchrony Bank/Gap        Attn: Bankruptcy        Po Box 965060        Orlando, FL 32896
9865411     Synchrony Bank/PC Richards & Sons        Attn: Bankruptcy Dept        Po Box 965060        Orlando, FL 32896
9865412     Synchrony Bank/TJX        Attn: Bankruptcy Dept        Po Box 965060        Orlando, FL 32896
9865413     Synchrony Bank/Walmart        Attn: Bankruptcy        Po Box 965060        Orlando, FL 32896
9865414     Target        c/o Financial & Retail Srvs        Mailstop BT POB 9475        Minneapolis, MN 55440
9865415     Td Retail Card Services/Samsung        Attn: Bankruptcy        Po Box 731        Mahwah, NJ 07430
9865416     United Collection Bureau        5620 Southwyck Blvd        Toledo, OH 43614−1501
9865417     Us Bank        Attn: Bankruptcy        Po Box 5229        Cincinnati, OH 45201

TOTAL: 39